AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  HUFF, MARILYN L. | 2. Court or Organization  USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report  07/10/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  940 FRONT STREET, SUITE 5315 SAN DIEGO, CA 92101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Secretary | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUL 16 A 9:55 FINANCIAL DISCLOSURE OFFICE

Huff, Marilyn L

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/08 | DLA, Piper Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Federal Judges Association | 5-3-08-5-5-08 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 2. Rehnquist Center | 9-8-08 - 9-9-08 | Tucson, AZ | Speaker | Travel, Lodging, Food |
| 3. National Judicial College | 11-16-08 - 11-17-08 | Reno, NV | Speaker | Travel, Lodging, Food |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Manhattan | Share of real estate mortgage | K |
| 2. Union Bank | Real estate mortgage | N |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boggs Inv., San Diego, CA (T) | E | Rent | O | W | | | | | |
| 2. Sun Oil | A | Dividend | L | T | | | | | |
| 3. Rental property, San Diego, CA (T) | D | Rent | O | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) | B | Interest | M | T | | | | | |
| 5. 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | Following is list of assets. |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Trust B | C | Interest | M | T | | | | | |
| 8. Vanguard Total Intl Stock In | B | Dividend | L | T | | | | | |
| 9. Vanguard Total Bond Index | E | Interest | N | T | | | | | |
| 10. Vanguard ST Bond Index | E | Interest | N | T | | | | | |
| 11. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 12. Vanguard Value Index | D | Dividend | M | T | | | | | |
| 13. Vanguard Growth Index | B | Dividend | M | T | | | | | |
| 14. Vanguard Sm. Cap Stock Index (sig) | B | Dividend | L | T | | | | | |
| 15. Dodge & Cox | A | Dividend | K | T | | | | | |
| 16. Spartan Ext. Market | A | Dividend | L | T | | | | | |
| 17. T. Rowe Price Intl. Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. | | None | K | T | | | | | |
| 19. Pimco Foreign | A | Interest | J | T | Buy | 6/26 | J | | |
| 20. Vanguard Windsor II | C | Dividend | L | T | | | | | |
| 21. Vanguard Sm. Cap Value | C | Dividend | M | T | | | | | |
| 22. I Shares MSC I | A | Dividend | J | T | | | | | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | C | Interest | K | T | | | | | |
| 25. Vanguard GNMA | D | Interest | M | T | | | | | |
| 26. Vanguard Large Cap ETF | B | Dividend | L | T | Buy | 1-16 | M | | |
| 27. Vanguard Intl. Prot. | A | Interest | | | Sold | 1/15 | K | B | |
| 28. Vanguard Infl. Prot. | A | Interest | | | Sold | 3/18 | K | B | |
| 29. Pimco Total Return Cl.D | C | Interest | L | T | | | | | |
| 30. I Shares Rus Micro EFT | A | Dividend | K | T | Buy | 1-16 | L | | |
| 31. Wisdom Tree Int'l. | | None | K | T | | | | | |
| 32. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 33. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 34. Live Oak Assoc III | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Reg. Bank IRA mm | A | Interest | K | T | | | | | |
| 36. END OF ASSETS IN 401(k) | | | | | | | | | |
| 37. IRA American General (AIG)` | A | Interest | K | T | | | | | |
| 38. Charles Schwab IRA Total Value ** | E | Int./Div. | O | T | | | | | Assets listed below |
| 39. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 40. U.S. Treas Strip 25K 8/5/2008 | | None | | | Redeemed | 8/15 | K | A | |
| 41. Ball Corp. | A | Dividend | | | Sold | 8/19 | K | D | |
| 42. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 43. Eli Lilly | A | Dividend | J | T | | | | | |
| 44. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 45. Pimco Total Return | D | Interest | M | T | | | | | |
| 46. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 47. Marathon (USX) | A | Dividend | K | T | | | | | |
| 48. ATT New (SBC) (Media One) (USW) | A | Dividend | | | Sold | 8/19 | J | B | |
| 49. Vodafone Group | A | Dividend | | | Sold | 8/19 | K | B | |
| 50. Vanguard Windsor II | B | Dividend | K | T | | | | | |
| 51. Vanguard Lrg Cap EFT | A | Dividend | K | T | Buy | 8/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DFA U.S. Micro Cap | B | Dividend | K | T | | | | | |
| 53. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 54. DFA Int. Lg. Cap. | B | Dividend | K | T | | | | | |
| 55. DFA Lg. Cap. Val. | B | Dividend | K | T | | | | | |
| 56. DFA Int. Sm. Cap. Val. | A | Dividend | J | T | | | | | |
| 57. Vanguard Wrld Int. Growth | | None | J | T | | | | | |
| 58. Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 59. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 60. Home Depot | A | Dividend | J | T | | | | | |
| 61. Comcast | A | Dividend | | | Sold | 8/19 | J | B | |
| 62. Longleaf Small Cap. | A | Dividend | J | T | | | | | |
| 63. Vanguard Short Term Bd Sig | A | Interest | K | T | | | | | |
| 64. Vanguard GNMA | B | Interest | K | T | | | | | |
| 65. Vanguard H1-Yld Corp. | C | Interest | K | T | | | | | |
| 66. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 67. T Rowe Price Sci & Tech | | None | | | Sold | 8/19 | J | B | |
| 68. Vanguard REIT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   DFA 6-10 US Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 70.   DFA US Large Cap Port | B | Dividend | L | T | | | | | |
| 71.   DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 72.   DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 73.   Vanguard Short Term Bond Investor | B | Interest | K | T | | | | | |
| 74.   Vanguard Inflation Prot. | A | Interest | K | T | | | | | |
| 75.   Pimco Low Duration | C | Interest | L | T | Buy | 3/20 | L | | |
| 76.   END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 77.   Schwab Cal Muni Mut Fund | B | Interest | K | T | | | | | |
| 78.   GCW&F Partners I | | None | J | T | | | | | |
| 79.   GCWF Partners II | | None | J | T | | | | | |
| 80.   GCWF Ventures I | | None | | | Closed | 1/1 | J | | |
| 81.   GCWF (A-E) Invest. Partners I | A | Distribution | J | T | | | | | |
| 82.   GCWF (F-NI)Invest Partners II | D | Distribution | L | T | | | | | |
| 83.   DLA Piper Venture 2006 | | None | K | T | | | | | |
| 84.   Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | |
| 85.   Bonita View Office | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bella Mar RV Park LLC (Bonita View) | | None | L | T | | | | | |
| 87. Altria | A | Dividend | J | T | | | | | |
| 88. Kraft | A | Dividend | J | T | | | | | |
| 89. Extreme Networks | | None | J | T | Sold (part) | 9/23 | J | D | |
| 90. II-IV, Inc. | | None | J | T | | | | | |
| 91. Diamond Trust Series | A | Dividend | K | T | Buy | 2/2 | L | | |
| 92. Diamond Trust Series | A | Dividend | K | T | Buy | 1/25 | K | | |
| 93. Cisco Systems | | None | J | T | | | | | |
| 94. Quality Systems, Inc. | A | Dividend | K | T | | | | | |
| 95. Genzyme Corp. | | None | J | T | | | | | |
| 96. Occidental Pet. | A | Dividend | K | T | | | | | |
| 97. QLT | | None | J | T | | | | | |
| 98. Cardium Therapeutics | | None | J | T | Buy Addl | 5/12 | J | | |
| 99. Wachovia (T)/Wells Fargo | B | Interest | M | T | | | | | |
| 100. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | F | Rent | P1 | Q | | | | | |
| 101. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 102. ISH Index FD TR Mscl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 ( -P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 104. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |
| 105. Allianz Div. Fund | A | Dividend | J | T | | | | | |
| 106. Templeton World | A | Dividend | J | T | | | | | |
| 107. RSB IRA Smith Barney (Assets Below) | C | Distribution | L | T | | | | | |
| 108. IDEX Med. Growth (IRA) (TA) | A | Dividend | L | T | | | | | |
| 109. IDEX Growth Port. (IRA) (TA) | A | Dividend | J | T | | | | | |
| 110. Smith Barney Muni MM (Western Asset) | A | Interest | K | T | | | | | #114 & 115 combines 07 FDR |
| 111. Ivy Asset Fund | A | Dividend | J | T | | | | | |
| 112. Hartford Cap. App. | A | Dividend | J | T | | | | | |
| 113. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 114. Calamos Growth Fd. | - | None | J | T | | | | | |
| 115. USE Credit Union SDCA | A | Interest | J | T | | | | | |
| 116. USE CD SDCA | A | Interest | J | T | | | | | |
| 117. USE MM SDCA | B | Interest | K | T | | | | | |
| 118. USE CD SDCA | B | Interest | M | T | | | | | |
| 119. Vanguard MM | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SD Bank | C | Interest | M | T | | | | | |
| 121. Vanguard Life Strategy | A | Dividend | K | T | Buy (add'l) | 5/07 | J | | |
| 122. Google | | None | L | T | Sold (part) | 12/30 | K | | |
| 123. Google | | None | L | T | Buy | 1/22 | J | | |
| 124. Google | | None | K | T | Buy | 9/02 | K | | |
| 125. Illumina | | None | K | T | Sold (part) | 7/15 | K | D | |
| 126. VMWare | | None | J | T | | | | | |
| 127. VPhilip Morris | A | Dividend | J | T | | 11/26 | | | |
| 128. Interwoven/Imanage | | None | J | T | Sold (part) | 1/17 | J | A | |
| 129. Washington Mutual Accts. | A | Interest | J | T | | | | | |
| 130. CitiBank Accts | C | Interest | N | T | Open | 7/18 | M | | |
| 131. B of A Accts | C | Interest | M | T | Open | 7/16 | M | | |
| 132. SD Nat'l Bank Accts | B | Interest | M | T | Open | 9/25 | M | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 07/10/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544